944 So.2d 1256 (2006)
Melvin MALONE, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D04-262.
District Court of Appeal of Florida, Third District.
January 3, 2007.
Bennett H. Brummer, Public Defender, and Todd G. Scher, Special Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Douglas J. Glaid, Assistant Attorney General, for appellee.
Before GREEN and SHEPHERD, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See § 934.03(2)(c), Fla. Stat. (2002); Commerford v. State, 728 So.2d 796 (Fla. 4th DCA 1999); Barr v. State, 659 So.2d 370 (Fla. 5th DCA 1995), review denied, 667 So.2d 774 (Fla.1996); Franco v. State, 376 So.2d 1168 (Fla. 3d DCA 1979), cert. denied, 386 So.2d 636 (Fla. 1980).